AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/10/07  4:00p |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kevin A. Reid | PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: C/O OFFICE OF THE ATTORNEY GENERAL
441 4th ST NW #600S  WASHINGTON, D.C.
DOCUMENTS SERVED TO GALE RIVERS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $50.00 | $50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/10/07___

Date

_____
Signature of Server

P.O. Box 7394 SILVER SPG, MD 20907

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Paul Johnson

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia
Mayor Adrian M. Fenty

CASE NUMBER:    1:07-cv-01033 JDB

TO: (Name and address of Defendant)

District of Columbia, Mayor Adrian M. Fenty
Serve: Office of the Attorney General
441 4th Street, NW - Suite 600 South
Washington, DC 20001
Tel: 202-727-3400

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY  (name and address)

Rebecca N. Strandberg
DC Bar No. 368528
Rebecca N. Strandberg & Associates, P.A.
8607 Second Avenue, Suite 405A
Silver Spring, MD 20910

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 2 0 2007

CLERK    _Laura Chiple_

(By) DEPUTY CLERK

DATE

AÓ 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 7/10/07 3:10p |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) KEVID A. REID | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: c/o OFFICE OF THE SECRETARY OF THE DISTRICT OF COLUMBIA 1350 PENNSYLVANIA AVE NW #419 WDC DOCUMENTS SERVED TO TABATHA BRAXTON

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

_____

_____

[ ] Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/10/07___    _____
              Date              Signature of Server

P.O. BOX 7394 SILVER SPG, MD 20907
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Paul Johnson

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia
Mayor Adrian M. Fenty

CASE NUMBER:    1:07-cv-01033 JDB

TO: (Name and address of Defendant)

District of Columbia, Mayor Adrian M. Fenty
Serve: Tabitha Braxton, Office of the Secretary
1350 Pennsylvania Avenue, NW - Room 419
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rebecca N. Strandberg
DC Bar No. 368528
Rebecca N. Strandberg & Associates, P.A.
8607 Second Avenue, Suite 405A
Silver Spring, MD 20910

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

**JUN 2 0 2007**

CLERK

(By) DEPUTY CLERK

DATE