UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Paul Johnson, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. **1:07-CV-01033 (JDB)** |
| District of Columbia, et al., | ) |
| Defendants. | ) |

**PLAINTIFF'S CONSENT MOTION AND MEMORANDUM FOR A ONE WEEK ENLARGEMENT TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

1. While Defendants, filed their Motion to Dismiss on July 31, 2007, neither Plaintiff, nor his Counsel received notice or copy of Defendants' Motion in either paper or electronic form. Plaintiff first became aware of Defendants' Motion to Dismiss on August 23, 2007 when this Court issued its Minute Order that Plaintiff respond to Defendants' Motion to Dismiss no later than August 30, 2007.

2. Counsel for Plaintiff would have responded to Defendants' Motion to Dismiss in a timely manner had his Counsel received the motion on July 31, 2007. Plaintiff has been working on responding to Defendants' Motion to Dismiss by the Court's August 30, 2007 deadline, but needs additional time to Respond and communicate with the client.

3. Plaintiff's Counsel Rebecca N. Strandberg is scheduled for eye surgery on August 30, 2007. Plaintiff's other Counsel, Bernard Raiche, has other time commitments that will prevent him from contributing to Plaintiff's response to the Motion to Dismiss on or

before August 30, 2007.

4. A one week enlargement would provide Plaintiff the opportunity to fully respond to Defendants' Motion to Dismiss. Plaintiff has not requested an enlargement in this case before.

5. Counsel for Defendants', Michelle Davy verbally consented to this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant a one week enlargement to respond to Defendants' Motion to Dismiss.

Respectfully submitted:


By:_____/S/_____
Rebecca N. Strandberg
D.C. Bar No. 368528
Rebecca N. Strandberg & Associates, P.A.
8607 Second Avenue, Suite 405A
Silver Spring, MD 20910
Tel. 240-247-0675
Fax 301-565-9339
firm@strandberglaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 29th day of August, 2007, that a copy of the foregoing Plaintiff Paul Johnson's Consent Motion and Memorandum for a One Week Enlargement to Respond to Defendants' Motion to Dismiss was delivered by first class mail postage prepaid or ECF, to:

Michelle Davy, Esq.
Office of the Attorney General for the District of Columbia
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
Counsel for Defendants

_____/S/_____
Rebecca N. Strandberg
Rebecca N. Strandberg & Associates, P.A.

## UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| Paul Johnson, )<br>)<br>     Plaintiff )<br>)<br>v. )<br>)<br>District of Columbia, et al., )<br>)<br>     Defendants. )<br>) | Civil Action No. **1:07-CV-01033 (JDB)** |

### ORDER

UPON CONSIDERATION of Plaintiff Paul Johnson's Consent Motion and Memorandum for a One Week Enlargement, it is by the Court this ___ day of August 2007, hereby

**ORDERED** that, the deadline for Plaintiff to respond to Defendants' Motion to Dismiss be and is hereby extended for one week. Plaintiff will respond to Defendants' Motion to Dismiss no later than September 6, 2007.

    **SO ORDERED**                            _____
                                                             **JUDGE**

With Copies to:

Michelle Davy, Esq.
Office of the Attorney General for the District of Columbia
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001

Rebecca N. Strandberg
Rebecca N. Strandberg & Associates
8607 Second Avenue, Suite 405A
Silver Spring, MD 20910