UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |  |
|---|---|---|
| Paul Johnson, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. **1:07-CV-01033 (JDB)** |
| | ) | |
| District of Columbia, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MEMORANDUM OF POINTS
AND AUTHORITIES IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, Paul Johnson, by and through the undersigned Counsel, pursuant to Fed. R. Civ. P. 12(b)(6) and hereby files this Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss.

Pursuant to Fed R. Civ. P 15(a) Plaintiff filed an Amended Complaint, rendering Defendants' Motion to Dismiss Moot. Plaintiff incorporates that Amended Complaint herein.

By:_____\S_____
Rebecca N. Strandberg
D.C. Bar No. 368528
Rebecca N. Strandberg & Associates, P.A.
8607 Second Avenue, Suite 405A
Silver Spring, MD 20910
Tel. 240-247-0675
Fax 301-565-9339
firm@strandberglaw.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 6th day of September, 2007, that a copy of the foregoing Plaintiff Paul Johnson's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss was delivered by first class mail postage prepaid or ECF, to:

Michelle Davy, Esq.
Office of the Attorney General for the District of Columbia
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
Counsel for Defendants

                                                /S/
                                  Rebecca N. Strandberg
                                  Rebecca N. Strandberg & Associates, P.A.

UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Paul Johnson, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>District of Columbia, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. **1:07-CV-01033 (JDB)** |

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Dismiss, Plaintiff's Opposition thereto and Plaintiff's Amended Complaint and Request or Trial by Jury, it is by the Court this ___ day of September 2007, hereby

**ORDERED** that, Defendants' Motion to Dismiss is DENIED as MOOT.


**SO ORDERED**                                                                      _____
                                                                                                    **JUDGE**

With Copies to:

Michelle Davy, Esq.
Office of the Attorney General for the District of Columbia
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001

Rebecca N. Strandberg
Rebecca N. Strandberg & Associates
8607 Second Avenue, Suite 405A
Silver Spring, MD 20910