UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL JOHNSON,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, et al.,

    Defendants.

Civil Action No. 07-1033 (JDB)

### ORDER

    Defendants filed a motion to dismiss the original complaint on July 31, 2007. Plaintiff then filed an amended complaint on September 6, 2007, supplementing the factual allegations and adding five counts. Under Fed. R. Civ. P. 15(a), a party may amend its pleading "once as a matter of course at any time before a responsive pleading is served." A motion to dismiss is not a responsive pleading. James V. Hurson Associates, Inc. v. Glickman, 229 F.3d 277, 283 (D.C. Cir. 2000). Furthermore, an amended complaint supersedes the original complaint, and thus becomes the operative complaint in the litigation. See Adams v. Quattlebaum, 219 F.R.D. 195, 197 (D.D.C. 2004); see generally 6 Charles Alan Wright, Arthur R. Miller & Mary K. Kane, Federal Practice and Procedure § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case and any subsequent motion made by an opposing party should be directed at the amended pleading.") (footnotes omitted).

    Accordingly, it is hereby

    **ORDERED** that defendants' motion to dismiss the original complaint is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that defendants shall file their response to the amended complaint by not later than October 9, 2007.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date:  September 7, 2007