AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]  
DATE: October 9, 2007

NAME OF SERVER (PRINT): Jonathan R. Carroll  
TITLE: Associate, Rebecca N. Strandberg + Associates, P.A.

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 4200 Connecticut Avenue, NW, Room 301-Q, Washington, DC 20008

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $52.50 based on hourly fees | $52.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/9/07  
Date

Signature of Server

Address of Server: 8607 Second Ave, Suite 405 A, Silver Spring Maryland 20910

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Paul Johnson

**SUMMONS IN A CIVIL CASE**

V.

Board of Trustees
University of the District of Columbia

CASE NUMBER:   1:07-cv-01033 JDB

JUN 2 1

TO: (Name and address of Defendant)

Board of Trustees, University of the District of Columbia
Serve: David Watts
4200 Connecticut Avenue, NW
Washington, DC 20008
Tel: 202-274-5604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rebecca N. Strandberg
DC Bar No. 368528
Rebecca N. Strandberg & Associates, P.A.
8607 Second Avenue, Suite 405A
Silver Spring, MD 20910
Tel: 240-247-0675

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    JUN 2 0 2007

CLERK  /s/ Laura Chipley                          DATE

(By) DEPUTY CLERK