UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL JOHNSON,<br><br>     Plaintiff,<br><br>     v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>     Defendants. | Civil Action No. 07-1033 (JDB) |

### ORDER

Upon consideration of plaintiff's unopposed motion for leave to file a second amended complaint, and pursuant to Fed. R. Civ. P. 15(a), it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the Clerk of the Court shall docket plaintiff's proposed amended complaint (Doc. No. 13-2-2) forthwith; it is further

**ORDERED** that defendants shall respond to the second amended complaint by not later than December 20, 2007; and it is further

**ORDERED** that the defendants' motion to dismiss the first amended complaint is denied without prejudice, that complaint having been superseded by the second amended complaint.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:   December 6, 2007