UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL JOHNSON,  )<br>  )<br>    Plaintiff,  )<br>  )<br> v.  )<br>  )<br> DISTRICT OF COLUMBIA, et al.,  )<br>  )<br>    Defendants.  )<br>_____  ) | Case No. 1:07-cv-01033-JDB |

## MOTION TO EXTEND TIME

Defendants District of Columbia and Board of Trustees, University of the District of Columbia, by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby move for a three-day extension of time, through and including, Monday, January 14, 2008, in which to file defendants' response to the plaintiff's Second Amended Complaint herein. A Memorandum of Points and Authorities ("Memorandum") is attached hereto and incorporated herein. A proposed Order is also enclosed.

The undersigned counsel was unable to obtain the consent of plaintiff's counsel, Rebecca Strandberg, Esq., to the filing of this Motion or the relief requested herein. Should plaintiff provide consent, defendants will advise the Court.

WHEREFORE, defendants request a three-day extension, through and including Monday, January 14, 2008, to file their response to the Second Amended Complaint.

Date:  January 9, 2008               Respectfully submitted,

                                     PETER NICKLES
                                     Interim Attorney General for the District of Columbia

                                     GEORGE C. VALENTINE
                                     Deputy Attorney General
                                     Civil Litigation Division

/s/Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Sec. I

/s/Michelle Davy
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608; (202) 727-3625 (fax)
E-Mail: michelle.davy@dc.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 9th day of January, 2008, that a copy of the foregoing Motion to Extend Time was delivered by first class mail postage prepaid or ECF, to:

Rebecca Newman Strandberg, Esq.
Rebecca N Strandberg & Associates
8607 2nd Avenue
Suite 405A
Silver Spring MD 20910

/s/Michelle Davy
Michelle Davy
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL JOHNSON,           ) | |
|                         ) | |
|     Plaintiff,    ) | |
|                         ) | Case No. 1:07-cv-01033-JDB |
| v.                      ) | |
|                         ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
|                         ) | |
|     Defendants.   ) | |
| _____ ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
<u>MOTION TO EXTEND TIME</u>**

Defendants, by and through undersigned counsel, move this Court to extend the time within which to respond to the Second Amended Complaint, stating as follows:

1. On November 16, 2007, plaintiff filed a Motion for Leave to File his second amended complaint. On December 6, 2007, this Court granted plaintiff's motion and accepted the Second Amended Complaint for filing. The court ordered the Defendants to file a response to the complaint by December 20, 2007.

2. Upon receiving electronic notice of the December 20, 2007 due date, the undersigned counsel immediately emailed plaintiff's counsel and requested her consent to an appropriate motion to extend, which was given.

3. Due to inadvertence, the press of other business, and the impending holidays, counsel for defendants did not file the consent Motion or otherwise respond to the Second Amended Complaint by or before December 20, 2007. Counsel for defendants apologize to the Court for the inconvenience caused by this error. Before defendants could cure the lapse, on January 2, 2008, the Court ordered the defendants to file their response on or before January 9, 2008. Defendants had fully intended to comply with this date.

4. This Motion requests an additional three-day extension of the current timeframe, however, because counsel for defendants has been out of the office on medical leave excused by her doctor since last Friday, January 4, 2008. Undersigned counsel was cleared today to return to work tomorrow.

5. As the Court is aware, the defendants have now already filed two Motions to Dismiss in this case. Those Motions were mooted when plaintiff amended his complaint, necessitating that defendants prepare and file another response. Defendants do anticipate filing a third Motion to Dismiss and request an additional three days within which to do so.

6. Counsel's medical leave has created scheduling conflicts that she did not anticipate when the Court set forth the current response date in this matter. Counsel is, therefore, requesting a very brief extension of that date in which to perfect defendants' response.

WHEREFORE, defendants request a three-day extension, through and including Monday, January 14, 2008, to file their response to the Second Amended Complaint.

Date: January 9, 2008

Respectfully submitted,

PETER NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Sec. I

/s/Michelle Davy
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.

>Washington, D.C. 20001
>(202) 724-6608
>(202) 727-3625 (fax)
>E-Mail: michelle.davy@dc.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 9th day of January, 2008, that a copy of the foregoing Memorandum of Points and Authorities in Support of Motion to Extend Time was delivered by first class mail postage prepaid or ECF, to:

>Rebecca Newman Strandberg
>Rebecca N Strandberg & Associates
>8607 2nd Avenue
>Suite 405A
>Silver Spring MD 20910
>
>/s/Michelle Davy
>Michelle Davy
>Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:07-cv-01033-JDB |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

UPON CONSIDERATION of Defendants District of Columbia and Board of Trustees, University of the District of Columbia's Motion to Extend Time, supporting Memorandum of Points and Authorities, and the entire record herein, it is by the Court this _____ day of _____, 2008, hereby,

**ORDERED:** that the Defendants District of Columbia and Board of Trustees, University of the District of Columbia's Motion to Extend Time be, and hereby is **GRANTED**; and it is hereby

**FURTHER ORDERED:** that the time to file a response to the Second Amended Complaint shall be extended to January 14, 2008.

**SO ORDERED**.

JOHN D. BATES
United States District Judge

cc:
Michelle Davy, Esq.
Office of the Attorney General for the District of Columbia
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001

Rebecca Newman Strandberg
Rebecca N Strandberg & Associates
8607 2nd Avenue
Suite 405A
Silver Spring MD 20910