**UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

|  |  |
|---|---|
| **Paul Johnson,** | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 1:07-CV-01033 (JDB) |
| **District of Columbia, et al.,** | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME**

Comes now Plaintiff Paul Johnson, by and through Counsel Rebecca N. Strandberg and Rebecca N. Strandberg & Associates, P.A., and pursuant to Fed. R. Civ. P. 6(b) hereby moves for a seven (7)-day extension of time, through and including Monday, February 4, 2008, in which to file his opposition to Defendants District of Columbia, Mayor Adrian Fenty, and Board of Trustees, University of the District of Columbia's Motion to Dismiss Second Amended Complaint. A Memorandum of Points and Authorities ("Memorandum") is attached hereto and incorporated herein. A proposed Order is also enclosed.

The undersigned counsel able to obtain the consent of Defendants' counsel, Michelle Davy, Esq., to the filing of this Motion or the relief requested herein.

WHEREFORE, Plaintiff requests a seven (7)-day extension, through and including Monday, February 4, 2008, to file their opposition to Defendants' Motion to Dismiss Second Amended Complaint.

1

Respectfully submitted:

By:_____\S_____
Rebecca N. Strandberg
D.C. Bar No. 368528
Rebecca N. Strandberg & Associates, P.A.
8607 Second Avenue, Suite 405A
Silver Spring, MD 20910
Tel. 240-247-0675
Fax 301-565-9339
firm@strandberglaw.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 25th day of January 2008, that a copy of the foregoing Plaintiff's Motion to Extend was delivered by ECF to:

Michelle Davy, Esq.
Office of the Attorney General for the District of Columbia
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
*Counsel for Defendants*

_____/S/_____
Rebecca N. Strandberg

**UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

|   |   |   |
|---|---|---|
| **Paul Johnson,** | ) | |
|         **Plaintiff** | ) | |
| v. | ) | Civil Action No. 1:07-CV-01033 (JDB) |
| **District of Columbia, et al.,** | ) | |
|         **Defendants.** | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME**

     Plaintiff Paul Johnson ("Plaintiff"), by and through undersigned counsel, moves this Court pursuant to Fed. R. Civ. P. 6(b) to extend the time within which to respond to Defendants District of Columbia, Mayor Adrian M. Fenty, and Board of Trustees, University of the District of Columbia's Motion to Dismiss Second Amended Complaint, stating as follows:

     1.    On January 14, 2008, Defendants filed their Motion to Dismiss Second Amended Complaint (the "Motion"). Plaintiff's opposition thereto is due on or before Monday, January 28, 2008.

     2.    Plaintiff's lead counsel is out of the office from Thursday, January 24, 2008 until January 28, 2008. Her absence makes it difficult for Plaintiff to meet the existing deadline.

     3.    A one (1)-week extension will not unduly prejudice Defendants. In fact, Michelle Davy, Esq., counsel for Defendants, has consented to the requested relief.

WHEREFORE, Plaintiff requests a seven (7)-day extension, through and including Monday, February 4, 2008, to file his opposition to the Motion.

> Respectfully submitted:
>
> By:_____\S_____
> Rebecca N. Strandberg
> D.C. Bar No. 368528
> Rebecca N. Strandberg & Associates, P.A.
> 8607 Second Avenue, Suite 405A
> Silver Spring, MD 20910
> Tel. 240-247-0675
> Fax 301-565-9339
> firm@strandberglaw.net

UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Paul Johnson,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | **Civil Action No. 1:07-CV-01033 (JDB)** |
| ) | |
| **District of Columbia, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

**UPON CONSIDERATION** of Plaintiff's Unopposed Motion to Extend Time and supporting Memorandum of Points and Authorities, it is by the Court this _____ day of _____, 2008, hereby

**ORDERED** that the Motion is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiff's deadline by which to file a response to Defendants District of Columbia, Mayor Adrian Fenty, and Board of Trustees, University of the District of Columbia's Motion to Dismiss Second Amended Complaint shall be and hereby is extended to February 4, 2008.


**SO ORDERED**                                                      _____
                                                                                            **JUDGE**

With Copies to:

Michelle Davy, Esq.
Office of the Attorney General
for the District of Columbia
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001

Rebecca N. Strandberg, Esq.
Rebecca N. Strandberg & Associates
8607 Second Avenue, Suite 405A
Silver Spring, MD 20910