UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Paul Johnson,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**District of Columbia, et al.,** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 1:07-CV-01033 (JDB) |

### MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID G. ROSS

Pursuant to LCvR 83.1(d) of the United States District Court for the District of Columbia, the undersigned counsel for Plaintiff respectfully moves for the *pro hac vice* admission of David Glenn Ross, Esq. for purposes of the within case, stating as follows:

1. Mr. Ross's office is located at 7315 Wisconsin Avenue, Suite 700E, Bethesda, MD 20814. The office telephone number is (301) 654-7900.

2. Mr. Ross has been admitted to the Maryland, New Jersey, and District of Columbia Bars, as well as of the Bars of the United States District Court for the District of New Jersey and United States District Court for the District of Maryland. He has never been disciplined by any bar.

3. Mr. Ross has not been admitted *pro hac vice* in this Court at any time within the past two (2) years.

4. Mr. Ross has been practicing law for over ten (10) years and has substantial experience in the area of employment law. His participation in this case would greatly benefit Plaintiff.

5.  For the foregoing reasons, the undersigned respectfully requests that the Court admit Mr. Ross *pro hac vice* for purposes of the instant case.

Respectfully submitted:

By:_____\S\_____
Rebecca N. Strandberg
D.C. Bar No. 368528
Rebecca N. Strandberg & Associates, P.A.
8607 Second Avenue, Suite 405A
Silver Spring, MD 20910
Tel. 240-247-0675
Fax 301-565-9339
firm@strandberglaw.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 6th day of March 2008, that a copy of the foregoing Motion to Appear *Pro Hac Vice* was delivered by ECF to:

Michelle Davy, Esq.
Office of the Attorney General for the District of Columbia
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
*Counsel for Defendants*

_____/S/_____
Rebecca N. Strandberg

2

UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |
|---|---|
| **Paul Johnson,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | **Civil Action No. 1:07-CV-01033 (JDB)** |
| ) | |
| **District of Columbia, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

**UPON CONSIDERATION** of the Motion for *Pro Hac Vice* Admission of David G. Ross, and any opposition thereto, it is by the Court this ____ day of _____, 2008, hereby

**ORDERED** that the Motion is hereby **GRANTED**.


**SO ORDERED**                                      _____
                                                                   _____
                                                                   **JUDGE**

With Copies to:

Michelle Davy, Esq.
Office of the Attorney General
for the District of Columbia
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001

Rebecca N. Strandberg, Esq.
Rebecca N. Strandberg & Associates
8607 Second Avenue, Suite 405A
Silver Spring, MD 20910