UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Paul Johnson, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 1:07-CV-01033 (JDB) |
| | ) |
| District of Columbia, et al., | ) |
| | ) |
| Defendants. | ) |

### AMENDED MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID G. ROSS

Pursuant to LCvR 83.1(d) of the United States District Court for the District of Columbia, the undersigned counsel for Plaintiff respectfully moves for the *pro hac vice* admission of David Glenn Ross, Esq. for purposes of the within case, stating as follows:

1   Mr. Ross's office is located at 7315 Wisconsin Avenue, Suite 700E, Bethesda, MD 20814. *See* Declaration of David G. Ross, attached hereto as *Exhibit* 1, 2   The office telephone number is (301) 654-7900. *See id.*

2.   Mr. Ross has been admitted to the Maryland, New Jersey, and District of Columbia Bars, as well as of the Bars of the United States District Court for the District of New Jersey and United States District Court for the District of Maryland. *See id.* 3.   He has never been disciplined by any bar. *See id.*

3.   Mr. Ross has not been admitted *pro hac vice* in this Court at any time within the past two (2) years. *See id.* 4.

UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Paul Johnson,**<br><br>         **Plaintiff**<br><br>v.<br><br>**District of Columbia, et al.,**<br><br>         **Defendants.** | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:07-CV-01033 (JDB)<br>)<br>)<br>)<br>) |

### DECLARATION

I, David G. Ross, hereby state as follows:

1.   I am above the age of 18 and am competent to make this Declaration.

2.   My office is located at 7315 Wisconsin Avenue, Suite 700E, Bethesda, MD 20814. The office telephone number is (301) 654-7900.

3.   I have been admitted to the Maryland, New Jersey, and District of Columbia Bars, as well as of the Bars of the United States District Court for the District of New Jersey and United States District Court for the District of Maryland. I have never been disciplined by any bar.

4.   I have not been admitted *pro hac vice* in this Court at any time within the past two (2) years.

**EXHIBIT 1**

5. I have been practicing law for over ten (10) years and have substantial experience in the area of employment law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2008.

David G. Ross

UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Paul Johnson,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | **Civil Action No. 1:07-CV-01033 (JDB)** |
| ) | |
| **District of Columbia, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

**UPON CONSIDERATION** of the Amended Motion for *Pro Hac Vice* Admission of David G. Ross, and any opposition thereto, it is by the Court this \_\_\_\_ day of _____, 2008, hereby

**ORDERED** that the Motion is hereby **GRANTED**.


**SO ORDERED**                                              _____
                                                                                           **JUDGE**

With Copies to:

Michelle Davy, Esq.
Office of the Attorney General
for the District of Columbia
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001

Rebecca N. Strandberg, Esq.
Rebecca N. Strandberg & Associates
8607 Second Avenue, Suite 405A
Silver Spring, MD 20910