**UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| Paul Johnson, | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | )    **Civil Action No. 1:07-CV-01033 (JDB)** |
| | ) |
| District of Columbia, et al., | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID G. ROSS

Pursuant to LCvR 83.1(d) of the United States District Court for the District of Columbia, the undersigned counsel for Plaintiff respectfully moves for the *pro hac vice* admission of David Glenn Ross, Esq. for purposes of the within case, stating as follows:

1       Mr. Ross's office is located at 7315 Wisconsin Avenue, Suite 700E, Bethesda, MD 20814. The office telephone number is (301) 654-7900.

2.      Mr. Ross has been admitted to the Maryland, New Jersey, and District of Columbia Bars, as well as of the Bars of the United States District Court for the District of New Jersey and United States District Court for the District of Maryland. He has never been disciplined by any bar.

3       Mr. Ross has not been admitted *pro hac vice* in this Court at any time within the past two (2) years.

4.      Mr. Ross has been practicing law for over ten (10) years and has substantial experience in the area of employment law. His participation in this case would greatly benefit Plaintiff.

5.      For the foregoing reasons, the undersigned respectfully requests that the Court

admit Mr. Ross *pro hac vice* for purposes of the instant case.

Respectfully submitted:

By:_____\S_____

Rebecca N. Strandberg

D.C. Bar No. 368528

Rebecca N. Strandberg & Associates, P.A.

8607 Second Avenue, Suite 405A

Silver Spring, MD 20910

Tel. 240-247-0675

Fax 301-565-9339

firm@strandberglaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 6th day of March 2008, that a copy of the foregoing
Motion to Appear *Pro Hac Vice* was delivered by ECF to:

Michelle Davy, Esq.

Office of the Attorney General for the District of Columbia

Sixth Floor South

441 4th Street, N.W.

Washington, D.C. 20001

*Counsel for Defendants*

_____/S/_____

Rebecca N. Strandberg

2

## UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

|  |  |
|---|---|
| Paul Johnson,<br><br>       Plaintiff<br><br>v.<br><br>District of Columbia, et al.,<br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) )  **Civil Action No. 1:07-CV-01033 (JDB)** |

## DECLARATION

I, David G. Ross, hereby state as follows:

1.     I am above the age of 18 and am competent to make this Declaration.

2.     My office is located at 7315 Wisconsin Avenue, Suite 700E, Bethesda, MD 20814.  The office telephone number is (301) 654-7900.

3.     I have been admitted to the Maryland, New Jersey, and District of Columbia Bars, as well as of the Bars of the United States District Court for the District of New Jersey and United States District Court for the District of Maryland.  I have never been disciplined by any bar.

4.     I have not been admitted *pro hac vice* in this Court at any time within the past two (2) years.

**EXHIBIT 1**

5.    I have been practicing law for over ten (10) years and have substantial experience in the area of employment law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2008.

David G. Ross

**UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| Paul Johnson, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )    Civil Action No. 1:07-CV-01033 (JDB) |
| | ) |
| District of Columbia, et al., | ) |
| | ) |
| Defendants. | ) |

## <u>ORDER</u>

**UPON CONSIDERATION** of the Amended Motion for *Pro Hac Vice* Admission of

David G. Ross, and any opposition thereto, it is by the Court this _____ day of _____, 2008,

hereby

**ORDERED** that the Motion is hereby **GRANTED**.


**SO ORDERED**                    _____
                                 _____

                                      **JUDGE**

With Copies to:

Michelle Davy, Esq.

Office of the Attorney General

for the District of Columbia

Sixth Floor South

441 4th Street, N.W.

Washington, D.C. 20001

Rebecca N. Strandberg, Esq.

Rebecca N. Strandberg & Associates

8607 Second Avenue, Suite 405A

Silver Spring, MD 20910