UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL JOHNSON,

    Plaintiff,

        v.                          Civil Action No.  07-1033 (JDB)

DISTRICT OF COLUMBIA, et al.,

    Defendants.

## ORDER

Upon consideration of [17] defendants' motion to dismiss plaintiff's second amended complaint, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendants' motion to dismiss is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that plaintiff may pursue the claims alleging disability discrimination (Counts Two, Four, Six, and Seven) that arise from the February 2005 issuance of the Form 1 denying a pay raise, the retaliation claim concerning his supervisor's refusal to provide assistance to him thereafter in 2005 (Count Eight), and the claim under the Equal Pay Act (Count Ten); it is further

**ORDERED** that the foregoing claims remain pending against the Mayor in his official capacity; it is further

**ORDERED** that the claims in Johnson's second amended complaint are dismissed in all other respects; and it is further

**ORDERED** that defendants shall file their answer to the second amended complaint by

not later than September 5, 2008.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date: August 21, 2008