UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PAUL JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:07-cv-01033 (JDB) |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendants, the District of Columbia, Mayor Adrian Fenty, and the University of the District of Columbia (Collectively "Defendants"), through undersigned counsel, respectfully moves this Honorable Court for an enlargement of time within which to serve an answer or otherwise respond to the Second Amended Complaint, stating:

1. By Order of this court of August 21, 2008, the Defendants are required to file responsive pleadings no later than September 5, 2008.

2. Plaintiff's Second Amended Complaint contains more than 150 allegations, most of which are fact specific requiring counsel to interview several employees who may be familiar with the Plaintiff's claims.

3. After discussing this matter with the involved client agency, it is apparent that the proper inquiries cannot be concluded by September 5, 2008.

4. Defendants request a 28 day enlargement of the time for filing a response in order to become familiar with this case, interview the proper agency officials with knowledge of Plaintiff's claims, and to prepare and serve an appropriate response to the Complaint. Fed. R. Civ. P. 6(b)(1).

5. If this motion is granted, Defendants would be required to respond to the Complaint on or before September 30, 2008.

6. If this motion is granted, undersigned counsel is confident that a responsive pleading can be filed on behalf of the Defendants on or before September 30, 2008.

In support of this motion, defendant respectfully refers the Court to the accompanying Memorandum of Points and Authorities. Counsel for the Plaintiff has not consented to the relief requested in this motion.

> Respectfully submitted,
>
> PETER J. NICKELS
> Acting Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General, Civil Litigation Division
>
> /S/  Kimberly M. Johnson
> KIMBERLY M. JOHNSON [435163]
> Chief, Civil Litigation Sec. I
>
> /S/   Darrell Chambers
> DARRELL CHAMBERS [980872]
> Assistant Attorney General
> 441 4TH Street, NW, Suite 600 South
> Washington, D.C.  20001
> 202-724-6539
> e-mail: darrell.chambers@dc.gov

## CERTIFICATE PURSUANT TO LOCAL RULE 12-I

I HEREBY CERTIFY that I e-mailed plaintiff's counsel, Rebecca N. Stranberg, on September 2nd and 3rd, to request her consent to the District's Motion to Enlarge. Plaintiff's counsel does not consent to the relief requested in this motion.

> /S/   Darrell Chambers
> DARRELL CHAMBERS

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 3rd day of SEPTEMBER, 2008, copies of Defendants' Motion for Enlargement of Time to Respond to Complaint, Memorandum of Points and Authorities, and Proposed Order, were served electronically on: Rebecca N. Stranberg, Esquire, 8607 Second Avenue, Suite 405A, Silver Spring, Md. 20910.

/S/   Darrell Chambers
DARRELL CHAMBERS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAUL JOHNSON,  )<br>  )<br>    Plaintiff,  )<br>v.  )<br>  )  Civil Action No. 1:07-cv-01033 (JDB)<br>DISTRICT OF COLUMBIA,  )<br>  )<br>    Defendant.  )<br>  ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. Fed. R. Civ. P. 6(b)(1).

2. All the reasons set forth in the accompanying motion.

3. The inherent authority of this Honorable Court.

Respectfully submitted,

PETER J. NICKELS
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/  Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec. I

/S/   Darrell Chambers
DARRELL CHAMBERS [980872]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C.  20001
202-724-6539
e-mail: darrell.chambers@dc.gov
Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:07-cv-01033 (JDB) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

UPON CONSIDERATION of the Defendants' Motion, and any opposition thereto, it is this _____ day of _____ 2008, by the United States District Court for the District of Columbia, ORDERED and ADJUDGED:

1. That the Motion is hereby GRANTED; and

2. That the Defendants shall file responsive pleadings no later than Tuesday September 30, 2008.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAUL JOHNSON, | ) |
|     Plaintiff, | ) |
| v. | ) |
|  | ) Civil Action No. 1:07-cv-01033 (JDB) |
| DISTRICT OF COLUMBIA, | ) |
|     Defendant. | ) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion, and any opposition thereto, it is this _____ day of _____ 2008, by the United States District Court for the District of Columbia, ORDERED and ADJUDGED:

1. That the Motion is hereby GRANTED; and

2. That the Defendants shall file responsive pleadings no later than Tuesday September 30, 2008.

_____
UNITED STATES DISTRICT JUDGE